**Denied and Opinion Filed August 20, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00952-CV

## IN RE RASHAD WHITE AND SEBRA PROUTT, Relators

**Original Proceeding from the County Court at Law No. 1
Rockwall County, Texas
Trial Court Cause No. 1-24-1007**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is relator's August 14, 2024 petition for writ of mandamus.

Relators challenge purported orders dated July 1, 2024, and August 1, 2024, granting temporary managing conservatorship of relators' children to the Texas Department of Family and Protective Services.

Relators' petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(a)–(d)(3), (e)–(j), (k)(1)(A); TEX. R. APP. P. 52.7(a). Thus, relators' petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511,

at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relators' petition.

Additionally, based on our review, relators' petition for writ of mandamus contains unredacted sensitive data, including a minor's full name, in violation of Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9. Accordingly, we also strike relators' petition.

/Dennise Garcia/

DENNISE GARCIA

240952F.P05                    JUSTICE